# SERVICE CONTRACT REVIEW



**ECOSHIELD** PEST CONTROL
www.EcoShieldPest.com

Thank you for choosing EcoShield and welcome to <u>Pest Free Living!</u> Please take a moment to review your new service plan and perks!

Customer Name: Paul Quatinetz #519661   Address: 2 Meadow Rd, Scarsdale, NY, 10583

| SERVICE | PLAN | PERK | INITIALS |
|---|---|---|---|
| Service Plan | Your EcoShield service contract covers your home for the next ~~24~~ 12 Months. | No more bugs, No more worries. 24/7 protection for the next ~~24~~ 12 Months. | PQ |
| Initial Service | This is the service provided today - A Complete interior and Exterior Service | Bugs will be leaving your home for the next two weeks. Don't be alarmed if you see a few more than normal. | PQ |
| Egg Cycle Service | This service will take place in 30-45 days from now and is a billable service. | This service helps stop newly hatched pests from laying new eggs. This is called breaking the egg cycle. | PQ |
| Regular Services | Exterior services will be performed every 90 days. Your interior will be done as needed or by request. | These services maintain the protective barriers around your home and can conveniently be done without you being home. | PQ |
| Service Reminders | We will send you a service reminder via email, text and automated phone call before each service. | You'll always know in advance when we are coming. No surprises here! | PQ |
| Touch Ups | If we missed something or you're seeing lots of bugs call us for a free touch-up. | You're never stuck with the bugs or an extra bill. Touch-ups are always free! | PQ |

I understand my contract is for period of ~~24~~ 12 months. Should I cancel before the contract is up, I understand and agree to pay back the Initial Service Discount.   PQ

(yelp) (G+) (f)           I loved my Initial Service today.   PQ

Tech Name (print): John O'Grady      Date: 7/31/18      X Signature: [signed Paul Quatinetz]      Date: 7/31/18

# SERVICE AGREEMENT

**Ecoshield New York**
513 Acorn St Unit A
Deer Park, NY DeerPark
(631)274-7022
newyork@ecoshieldpest.biz
License #17192

www.ecoshieldpest.com


EXHIBIT A


EXHIBIT A

### Service Address
Paul Quatinetz
2 Meadow Rd
Scarsdale, NY 10583

### Customer Information
pquatinetz@aol.com
(914)325-9052 | (914)472-5485
**Notes:**

### Guaranteed Coverage
- American Roach
- Argentine Ants
- Box Elders
- Centipedes
- Clover Mites
- Crickets
- Earwigs
- Hornets
- Mice/Rats
- Millipedes
- Odorous Ants
- Oriental Roaches
- Silverfish
- Sow Bugs
- Spiders
- Wasps

### Year Round Perimeter Protection

Your first two treatments must be within 30 to 45 days of each other in order to break the egg cycle. The first treatment will flush adult pests from nesting and breeding sites while the second will help control newly hatched and persistent pests.

Pest activity levels will continue to decrease as future exterior treatments are performed. These treatments will establish and maintain a protective barrier around your home. In between regular treatments, if you see more than the occasional pest, please call for a free re-service.


**100% GUARANTEE**
IF YOUR BUGS COME BACK IN BETWEEN REGULAR VISITS, WE WILL RETURN AND TREAT FOR **FREE**. AFTER THREE SERVICES FOR THE SAME PEST PROBLEM, IF WE DON'T HAVE YOUR BUGS UNDER CONTROL, WE WILL PROVIDE YOUR NEXT FULL TREATMENT FREE OF CHARGE.

### Subscription

| Jul'18 | Aug'18 | Sep'18 | Oct'18 | Nov'18 | Dec'18 |
|---|---|---|---|---|---|
| (S)160.00 | (S)160.00 | | | | (S)160.00 |

| Jan'19 | Feb'19 | Mar'19 | Apr'19 | May'19 | Jun'19 |
|---|---|---|---|---|---|
| | | (S)160.00 | | | (S)160.00 |

### Initial Service / Warranties
Full Initial Service Charge: $350
Initial Discount: ($190)

Sub Total: $160.00
Tax (0%): $0.00

Initial Total: $160

### Recurring Services
Service Charge: $160.00
Tax (0%): $0.00

Recurring Total: $160

### Optional Services
| | |
|---|---|
| Black Widow & Brown Recluse Service | Free |
| Fire Ant Re-Services | Free |
| Indoor Flea & Tick Service | Free |
| Outdoor Flea & Tick Service | Free |
| German Roach Service | $300 |
| Scorpion | Free |

### Payment Information
Paul Quatinetz
Credit Card # ************2200
Expires: 09/18

*I authorize Ecoshield New York to automatically bill my debit/credit card upon completion of each service.* **Pq**

You, the customer, may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction by giving written notice of cancellation to Ecoshield New York. If for any reason, at any time, the contract is cancelled before its completion, and the initial service has been performed, customer agrees to pay any unpaid balance of the full initial service charge. Upon completion of this agreement treatments will continue at the same frequency until cancelled by the customer.. Customer Initials: **Pq**

*[signature]*

Signed on: Tuesday, 07/31/2018

## This agreement is for an initial period of 12 Months.

-----Original Message-----
From: pquatinetz <pquatinetz@aol.com>
To: chandler <chandler@ecoshieldpest.com>
Sent: Mon, Sep 10, 2018 9:54 am
Subject: cancellation of service


EXHIBIT B

To Whom it May Concern:
You are on notice that I am cancelling your services immediately.
The people from the Long Island franchise who came to my house misrepresented the services and the price. I never signed a contract for 160 per month! They perform their so-called service on 3/4 acre in less than 5 minutes. The wasp nests are still infested. I did a better job myself with a can I bought at Home Depot.

I copied and pasted the email receipt I received. See below.

Paul Quatinetz
Please Confirm the cancellation ASAP

PO Box 1259
Dept # 132981
Oaks, PA 19456


**OPTIO** EXHIBIT C
Solutions, LLC.

June 10, 2019

| | |
|---|---|
| Creditor to Whom the Debt is Owed: | EcoShield Pest Control - New York City |
| Telephone: | (855) 828-4489 |
| Reference #: | 519661 |
| Account #: | 180631-166350 |
| Principal: | $205.00 |
| Balance Due: | $205.00 |

Paul Quatinetz
2 Meadow Rd
Scarsdale NY 10583-7619

0001 001596

Dear Paul Quatinetz

This account has been referred to our office for collection. Our client EcoShield Pest Control - New York City has requested our involvement in the unresolved account indicated above. Our request for resolution does not affect your right to dispute this debt. In an effort to resolve this matter, please send your payment directly to our client using the remittance below, or send all other correspondence to this agency.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector.

Send all correspondence, other than payments to:
Optio Solutions, LLC.
1444 N McDowell Blvd • Petaluma, CA 94954-6515
Tel (866) 401-0788 • Fax (707) 793-5720
Business Hours: 8am- 5pm PST M-F

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment against you and have such verification or judgment mailed to you. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                    11594-I1-15

---
IMPORTANT: DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

Paul Quatinetz
2 Meadow Rd
Scarsdale NY 10583-7619

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | |
|---|---|
| ☐ VISA | ☐ MASTERCARD |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE (with area code) ( ) - |

MAKE CHECK OR MONEY ORDER PAYABLE TO:

| | |
|---|---|
| Balance Due: | $205.00 |
| Account #: | 180631-166350 |
| Reference #: | 519661 |

EcoShield Pest Control - New York City
2250 E Germann Rd
Suite 12
Chandler AZ 85286

1 of 1

11594-I1-15

We are required under state law to notify consumers of the following rights.
This list does not contain a complete list of rights consumers have under state and federal law.
Please find below important additional information for residents of the following states:

EXHIBIT C

CALIFORNIA: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Non Profit Credit Counseling Services may be available in your area.

COLORADO: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. The agency's local address and telephone number is 80 Garden Center, Suite 3, Broomfield, CO 80020, 303 920 4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

MASSACHUSETTS: NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEVADA: If you pay or agree to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as: (1) an acknowledgement of the debt by you; and (2) a waiver by you of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt. If you do not understand or have questions concerning your legal rights or obligations relating to the debt, you should seek legal advice.

NEW YORK: New York City Department of Consumer Affairs License number 1254605. Call back name and phone number: Bruce Hotaling at (800) 433-5709 during normal business hours.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: a) the use or threat of violence, b) the use of obscene or profane language; and c) repeated phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1) Supplemental Security Income (SSI); 2) Social Security; 3) public assistance (welfare); 4) spousal support, maintenance (alimony) or child support; 5) unemployment benefits; 6) disability benefits; 7) workers' compensation benefits; 8) public or private pensions; 9) veterans' benefits; 10) federal student loans, federal student grants, and federal work study funds; and 11) ninety percent of your wages or salary earned in the last sixty days.

NORTH CAROLINA: NC Dept. Ins. Permit # 4502

TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

UTAH: As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.