UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL QUATINETZ, individual and on behalf of a class,<br><br>    Plaintiff,<br><br>v.<br><br>ECO SHIELD PEST CONTROL NEW YORK CITY LLC; and OPTIO SOLUTIONS LLC,<br><br>    Defendants. | Case No. 7:19-cv-08576-CS |

**DEFENDANT ECO SHIELD PEST CONTROL NEW YORK CITY LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Eco Shield Pest Control New York City, LLC ("Eco Shield") certifies that Eco Shield does not have any corporate parents, affiliates, and/or subsidiaries which are publicly held.

  Dated this 14th day of October, 2019.

                  By: /s/ Becky L. Caruso
                     Becky J. Caruso
                     Greenberg Traurig, LLP
                     500 Campus Drive, Suite 400
                     Florham Park, NJ 07932-0677
                     Telephone: (973) 443-3252
                     Email: carusob@gtlaw.com
                     *Attorneys for Defendant EcoShield Pest Control New York City, LLC*