UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL QUATINETZ, individually and on behalf of a class

    Plaintiff,

vs.

ECO SHIELD PEST CONTROL
NEW YORK CITY LLC and
OPTIO SOLUTIONS, LLC

    Defendants.

---

Case No. 7:19-cv-8576

## NOTICE OF SETTLEMENT

The parties, by and through their respective counsel, hereby inform the Court that a settlement on a class basis has been reached in the above matter. The parties are finalizing the documents necessary to seek the Court's approval of the settlement and anticipate that a motion for preliminary approval of the class settlement will be made within 60 days of this Notice of Settlement.

Dated:      January 7, 2021

| GREENBERG TRAURIG, LLP | LIPPES MATHIAS WEXLER FRIEDMAN LLP |
|---|---|
| /s Aaron T. Lloyd | /s Brendan H. Little |
| Aaron T. Lloyd, Esq., Pro Hac Vice | Brendan H. Little, Esq. |
| Attorneys for Defendant Eco Shield Pest Control New York City, LLC | Attorneys for Defendant Optio Solutions, LLC |
| 2375 East Camelback Road, Suite 700 | 50 Fountain Plaza, Suite 1700 |
| Phoenix, AZ 85016 | Buffalo, NY 14202 |
| P: 602-445-8000 | P: 716-853-5100 |
| F: 602-445-8100 | F: 716-853-5199 |
| E: lloyda@gtlaw.com | E: blittle@lippes.com |

/s Shimson Wexler
Shimson Wexler, Esq.
The Law Offices of Shimson Wexler, PC
Attorneys for Plaintiff
216 West 104th Street, #129
New York, NY 10025
T: 212-760-2400
F: 917-512-6132
E: swexleresq@gmail.com

/s/ Ryan Gentile
Ryan Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
Telephone: (212) 675-6161
Facsimile: (212) 675-4367
E-Mail: rlg@lawgmf.com
*Attorney for Plaintiff*